IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-46-M-KLD |
| **Location Data of cellular telephone 406-437-8332, with Electronic Serial Number Unknown** | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 8th day of December, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1